UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Melie Ikechukwu Ilogu,

    Petitioner,

v.

Jefferson Beauregard Sessions III,
Attorney General; Kirstjen Nielson,
Secretary, Department of Homeland Security;
Kurt Freitag, Freeborn County Sheriff;
Ronald Vitiello, Acting Director,
Immigration and Customs Enforcement;
Peter Berg, Director, St. Paul Field Office
Immigration and Customs Enforcement,

    Respondents.

Case No. 18-cv-1657 (JNE/HB)
ORDER

On July 30, 2018, Petitioner Melie Ikechukwu Ilogu filed a motion for a temporary restraining order. ECF No. 11. In a Report and Recommendation ("R&R") dated August 9, 2018, the Honorable Hildy Bowbeer, United States Magistrate Judge, recommended that the Court deny Ilogu's motion. ECF No. 21. Ilogu filed an objection but disputed no part of the R&R's finding that it lacked jurisdiction. ECF No. 26. The Court adopts the R&R. Therefore, IT IS ORDERED THAT:

1. Petitioner Melie Ikechukwu Ilogu's motion for temporary restraining order [ECF No. 11] is DENIED.

Dated: September 17, 2018

                                            s/Joan N. Ericksen
                                            JOAN N. ERICKSEN
                                            United States District Judge